UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __12-3187_____    Case Manager: _____

Case Name: __Smith v. Perkins Board of Education, et. al._____

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
    Case Name: _____   Citation: _____
    Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> This appeal is being taken against Defendants Perkins Board of Education, Superintendent James Gunner and Principal Stephen Finn. In response to the appeal, Defendants will raise the following issues:
>
> 1. Dismissal of the age discrimination claim under R.C. §4112.14 was proper pursuant to subsection (c) of that statute.
>
> 2. Dismissal of the remaining claims was proper because the Ohio teacher termination proceedings under R.C. §3319.16 must be given preclusive effect, and those proceedings bar the claims.
>
> 3. The ADA and retaliation claims fail on their merits.
>
> 4. The emotional distress claim fails on the merits, and is barred by Ohio tort immunity.

This is to certify that a copy of this statement was served on opposing counsel of record this __21st__ day of _____February_____, __2012__.

Teresa L. Grigsby
Name of Counsel for Appellant

6CA-53
Rev. 6/08