# ATTACHMENT 1

1. Whether the Trial court erred in granting summary judgment Carol Smith's federal statutory claims since the state termination proceeding determination was not entitled to preclusive effect.

2. Whether the Trial court erred in granting summary judgment Carol Smith's Ohio statutory claims since the state termination proceeding determination was not entitled to preclusive effect.

3. Whether the Trial court erred in granting summary judgment Carol Smith's state statutory claims against two individual defendants in the litigation since the state termination proceeding determination was not entitled to preclusive effect in the appropriate state court.

4. Whether the Trial court erred in granting summary judgment Carol Smith's federal statutory claims since the state termination proceeding determination since neither res judicta doctrine does not bar her from litigating both federal and state Claims in federal court.

5. Whether the Trial court erred in granting summary judgment on Carol Smith's federal and state statutory claims since the state termination proceeding determination since collateral estoppel or issue preclusion from establishing that her treatment by the Defendants demonstrates that the decision to terminate her was mere pretext for impermissible discrimination and retaliation.